165 A.3d 460

**BARRERA, Jose**

v.

**STATE of Maryland**

**Pet. Docket No. 128, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2785, Sept. Term, 2015).

Petition for writ of certiorari denied

■

165 A.3d 460

**BLANCHARD, Ray**

v.

**STATE of Maryland**

**Pet. Docket No. 60, Sept. Term, 2017**

Court of Appeals of Maryland.

July 28, 2017

Opinion of the Court of Special Appeals unreported (No. 2893, Sept. Term, 2015).

Petition for writ of certiorari denied